UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIAGEO NORTH AMERICA, INC.,

                                                          Plaintiff,

          -against-                              RULE 7.1 STATEMENT

                                                                       08 CIV 4782

M/V "CSCL GENOA", her engines, boilers, etc.
and EVERGREEN MARINE CORP. (TAIWAN) LTD.,
EVERGREEN MARINE (U.K.) LTD.,
ITALIA MARITTIMA S.p.A.,
EVERGREEN MARINE (HONG KONG) LTD. and
EVERGREEN LINE,

                                                        Defendants.

------------------------------------------------------------X

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                         **DIAGEO PLC**

Dated: New York, New York
         May 11, 2008

                                                              James J. Ruddy (JR-6693)