9161/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendants*
EVERGREEN MARINE CORP. (TAIWAN) LTD.
EVERGREEN MARINE (UK) LIMITED
ITALIA MARITTIMA S.p.A.
EVERGREEN MARINE (HONG KONG) LTD.
EVERGREEN LINE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC.. <br> Plaintiff, <br> - against - <br> M/V "CSCL GENOA", her engines, boilers, etc.; and EVERGREEN MARINE CORP. (TAIWAN) LTD.; EVERGREEN MARINE (UK) LIMITED; ITALIA MARITTIMA S.p.A.; EVERGREEN MARINE (HONG KONG) LTD. and EVERGREEN LINE, <br> Defendants. | 08 CV 4782 (Judge Patterson) <br><br> ECF CASE <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for EVERGREEN MARINE CORP. (TAIWAN) LTD.; EVERGREEN MARINE (UK) LIMITED; ITALIA MARITTIMA S.p.A.; EVERGREEN MARINE (HONG KONG) LTD.; EVERGREEN LINE certifies that upon information and belief these Defendants have no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: New York, New York
June 18, 2008

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
*Attorneys for Defendants*

By: ___s/ Paul M. Keane___
Paul M. Keane (PMK-5934)