UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Drojea North America
                Plaintiff(s)

-against-

M/V CSCL Genoa

_____ Defendant(s) _____

08 CV 4782 (RPP)

SCHEDULING ORDER

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes ____ No.

3. Amend the pleadings by ___8/15/08___.

4. Medical Authorizations by _____.

5. Rule 26 compliance by ___8/15/08___.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by ___10/15/08___.

9. Dispositive motions by ___11/13/08___, Answer by _____, Reply by _____.

10. Pretrial order to be filed by ___11/13/08___.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for ___11/24/08___ at ___9:30 AM___.

14. Joinder of parties by 8/15/08.

Dated: New York, New York

July 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.